**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

December 16, 2025

**HANSON V. SEGWAY INC**
Case # 2:25–cv–01436–TL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Improper Signature**
The document as filed was not properly signed by Trent Colbert. Signatures must be in accordance with <u>Federal Rule of Civil Procedure 11</u> and <u>Local Civil Rule 83.2</u>, and must comply with Section IV(L) of the <u>Electronic Filing Procedures</u>. **Please file a corrected signature page as soon as practicable** by going to **Other Documents** and selecting **Praecipe to Attach Document** and relating it back to the original filing.

**Additional Notes:** Signature is missing.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file