cases will be "transferred here from another court," and upon such a transfer "counsel for the new action shall have ten (10) days to file papers as to why the new action should not be consolidated." Thus, transfer should be favored because there is already a likelihood of consolidation in Delaware. *Pearson*, 2025 U.S. Dist. LEXIS 173678, at *10.

Additionally, as outlined above, this case is virtually identical to the Consolidated Action, and thus the interests of judicial economy, efficiency, and the sound administration of justice all favor transfer of this case to the District of Delaware where it will be consolidated. *See ZL Techs.*, 2025 U.S. Dist. LEXIS 128601, at *13. Doing so preserves vital judicial and party resources and safeguards against the risks posed by conflicting orders and judgements. Alternatively, the first-to-file rule justifies staying this case pending the outcome of the Consolidated Action. *See White v. Home Depot U.S.A., Inc.*, 22-cv-00276-AJB-AGS, 2022 U.S. Dist. LEXIS 119325, at *18 (S.D. Cal. July 6, 2022) (finding a stay is appropriate where "multiple actions, comprised of substantially similar claims and parties," would otherwise "continue simultaneously").

## IV. CONCLUSION

For the foregoing reasons, Segway respectfully requests that this action be transferred to the District of Delaware or, in the alternative, stayed pending resolution of the Consolidated Action.

DATED this 15th day of December, 2025

DORSEY & WHITNEY LLP

**Local Civil Rule 7(e)(6) Certification**

Pursuant to Local Civil Rule 7(e)(6), I hereby certify that this motion is 6,266 words long.

*/s/ Trent Colbert*
Trent Colbert, WSBA #62772
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-2408
colbert.trent@dorsey.com

MOTION TO STAY OR TRANSFER 18
2:25-cv-01436-TL

4937-0531-5705\9

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820