**From:**
**Sent:**                                    Wednesday, April 1, 2026 6:04 AM
**To:**
**Subject:**                                 Transferred case has been opened


CASE: 2:25-cv-01436

DETAILS: Case transferred from Washington Western has been opened in District of Delaware as case 1:26-cv-00352, filed 04/01/2026.